## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 4101 |
|---|---|

John Gebert II, individually and on behalf of Destini Gebert, a minor

vs

Officer D. Cappelluti, Officer Jonitas and the City of Waukegan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Domenic Cappelluti

| NAME (Type or print) |
|---|
| Michael K. Noonan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Michael K. Noonan |

| FIRM |
|---|
| Noonan, Perillo & Polenzani, Ltd. |

| STREET ADDRESS |
|---|
| 25 North County Street |

| CITY/STATE/ZIP |
|---|
| Waukegan, IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02060647 | (847) 244-0111 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐