# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   **08 CV 4101**

**John Gebert II, individually and on behalf of Destini Gebert, a minor**

vs.

**Officer D. Cappelluti, Officer Jonitas and the City of Waukegan**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**Domenic Cappelluti**

---

NAME (Type or print)
**David A. Novoselsky**

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
     s/**David A. Novoselsky**

FIRM **Novoselsky Law Offices**

STREET ADDRESS **120 North LaSalle Street, Suite 1400**

CITY/STATE/ZIP **Chicago, IL 60602**

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **02069881** | TELEPHONE NUMBER **312-346-8930** |
| --- | --- |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  **N**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  **Y**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  **Y**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  **N**

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL