## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:   08 CV 4101

**John Gebert II, individually and on behalf of Destini Gebert, a minor**

vs.

**Officer D. Cappelluti, Officer Jonitas and the City of Waukegan**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Domenic Cappelluti**

| | |
|---|---|
| NAME (Type or print) **James J. Ayres** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ James J. Ayres | |
| FIRM **Novoselsky Law Offices** | |
| STREET ADDRESS **120 North LaSalle Street, Suite 1400** | |
| CITY/STATE/ZIP **Chicago, IL 60602** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **06186604** | TELEPHONE NUMBER **312-346-8930** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO **X**☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X**☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**☐  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO **X**☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |